UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL CORDERO, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUMENIS INC.,<br><br>　　　　　Defendant. | Case No.  5:15-cv-03164-HRL<br><br>**INTERIM ORDER RE DEFENDANT'S MOTION TO DISQUALIFY COUNSEL** |

　　　　At the April 26 hearing on defendants' motion to disqualify, the court directed the parties to meet-and-confer to attempt to agree upon a corrective notice---or failing agreement, to submit their best reasoned proposals for the court's consideration.  No later than **May 20, 2016**, the parties shall submit their joint proposed notice (or their separate proposals).

　　　　SO ORDERED.

Dated:   May 10, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

5:15-cv-03164-HRL Notice has been electronically mailed to:

Amy Sharyl Williams    awilliams@cdflaborlaw.com

Ashley Halberda    ahalberda@cdflaborlaw.com, manderson@cdflaborlaw.com

Daniel S Brome    dbrome@nka.com, assistant@nka.com

Matthew C Helland    helland@nka.com, assistant@nka.com

Todd Robin Wulffson    TWulffson@CDFLaborLaw.com, jfelde@cdflaborlaw.com